HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
VICTOR LEONARDO GARIBAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:21-mj-00011-SAB |
|---|---|
| Plaintiff, | ) ORDER |
| v. | ) |
| VICTOR LEONARDO GARIBAY, | ) |
| Defendant. | ) |

**ORDER**

Given the assent of U.S. Pretrial Services to the proposed modification, Condition 7(r) of the Release Order is hereby modified to allow the U.S. Marshals to release Victor Leonardo Garibay to his wife, Mayra Garibay.

//

//

//

//

//

The condition, as modified, is to read "have your release on bond delayed until 9:00 a.m. on the first working day following the posting of the cash bond, at which time you will be released to the custody of your wife, Mayra Garibay."

IT IS SO ORDERED.

Dated:   **March 2, 2021**

UNITED STATES MAGISTRATE JUDGE