# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR LEONARDO GARIBAY,<br><br>Defendant. | Case No. 1:21-mj-00011-SAB-1<br><br>ORDER DIRECTING CLERK OF COURT TO TRANSFER FUNDS TO CLERK OF COURT WHERE CHARGES ARE PENDING |

On February 26, 2021, a detention hearing was held as to Victor Leonardo Garibay ("Defendant") before United States Magistrate Judge Stanley A. Boone. (ECF No. 6.) Defendant was ordered released on a five-thousand-dollar ($5,000) cash bond and was ordered to report to the Muskogee, Oklahoma Division of the Eastern District of Oklahoma where charges were pending. (Id.) On March 1, 2021, Defendant posted a cash bond in the amount of five-thousand dollars ($5,000).

IT IS HEREBY ORDERED that the Clerk of the Court is directed to transfer the bond deposited in the registry of this Court, plus accrued interest, to the Clerk of the Court in the Eastern District of Oklahoma where the charges are pending.

IT IS SO ORDERED.

Dated: **March 5, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

1